IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07 MC 5**

| | |
|---|---|
| GLADES PHARMACEUTICALS, LLC., <br>     Plaintiff, <br> v. <br> BRENDAN J. MURPHY and RIVER'S EDGE PHARMACEUTICALS, LLC, <br>     Defendants. | **ORDER GRANTING ADMISSION PRO HAC VICE** |

**THIS MATTER** is before the Court upon the motion of plaintiff Glades Pharmaceuticals, LLC to allow **Brenton S. Bean** to appear *Pro Hac Vice*, dated January 19, 2007 [doc. #8].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Bean has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: January 29, 2007

Graham C. Mullen
United States District Judge