IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07MC5

| | |
|---|---|
| GLADES PHARMACEUTICALS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BRENDAN J. MURPHY and RIVER'S EDGE ) <br> PHARMACEUTICALS, LLC, ) <br> ) <br> Defendants. ) <br> _____ ) | ORDER |

    This matter is before the court upon its own motion. The Plaintiff in this action has filed a Motion to Enter and/or Modify a Confidentiality Order and to Compel Production of Documents by Non-Party Harmony Labs Pursuant to a Subpoena. It appears that this matter must be heard on an expedited basis, as discovery in the underlying action is scheduled to end on February 13, 2007. Accordingly, the court hereby sets this matter for hearing on February 2, 2007 at 11:00am. Harmony Labs is hereby advised that should the court grant Plaintiff's Motion to Compel, it will be required to produce the requested documents by February 6, 2007, and should thus be prepared to do so.

    IT IS SO ORDERED.

Signed: January 29, 2007

Graham C. Mullen
United States District Judge